# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACKIE DANSBY,
ADC # 610690                                                                                    PLAINTIFF

v.                              CASE NO. 5:10cv00176 BSM/BD

MARK STRINGFELLOW, et al.                                                          DEFENDANTS

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After carefully reviewing the recommended disposition, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claim is DISMISSED WITH PREJUDICE. This dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g). It is hereby certified that an appeal of this matter would be frivolous and not taken in good faith.

IT IS SO ORDERED this 14th day of July, 2010.


_____
UNITED STATES DISTRICT JUDGE