UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JACKIE DANSBY**
**ADC # 610690**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 5:10cv00176 BSM/BD**

**MARK STRINGFELLOW, et al.**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. IT IS SO ORDERED this 14th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE